02-00050
USDCRI
Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-1207

UNITED STATES,

Appellee,

v.

NICOL DAVID GERMAN-SOTO

Defendant, Appellant.

**JUDGMENT**
Entered: May 14, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/14/07

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manager

[cc: Donald Lockhart, AUSA, Edward C. Roy, AFPD, Christopher R. Goddu, AFPD]